| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SALVADOR F. TARANGO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-0099 LJO / SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| vs. | ) | |
| | ) | |
| SALVADOR F. TARANGO, | ) | DATE: September 4, 2018 |
| | ) | TIME: 1:00 p.m. |
| *Defendant.* | ) | JUDGE: Hon. Sheila K. Oberto |
| | ) | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Salvador F. Tarango, that the status conference currently set for August 6, 2018 at 1:00 p.m., may be rescheduled to Tuesday, September 4, 2018 at 1:00 p.m. before the Honorable Sheila K. Oberto.

The reason for the request is that the parties are actively involved in plea negotiations and anticipate that the case will be resolved in a few weeks. The parties agree that the delay resulting from the continuance shall be excluded until September 4, 2018, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy

Tarango: Stipulation and Order

trial.

                                        Respectfully submitted,


                                        MCGREGOR W. SCOTT
                                        United States Attorney


DATED: August 2, 2018          By:      */s/ Melanie L. Alsworth*
                                        MELANIE L. ALSWORTH
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


DATED: August 2, 2018          By:      */s/ Peggy Sasso*
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SALVADOR F. TARANGO


**O R D E R**

IT IS SO ORDERED.

   Dated:   **August 2, 2018**                    */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE