HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SALVADOR F. TARANGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-0099 LJO / SKO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING A CHANGE OF PLEA HEARING** |
| vs. | ) |
| SALVADOR F. TARANGO, | ) DATE: October 15, 2018 |
| Defendant. | ) TIME: 9:30 a.m. |
|  | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Salvador F. Tarango, that the status conference currently set for October 15, 2018 at 1:00 p.m., may be set for a change of plea at 9:30 a.m. on October 15, 2018 before the Honorable Lawrence J. O'Neill, Chief United States District Judge.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 11, 2018         By:    /s/ Melanie L. Alsworth
                                       MELANIE L. ALSWORTH
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

Tarango: Stipulation and Order

|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
|---|---|---|---|
| DATED: October 11, 2018 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>SALVADOR F. TARANGO |

**O R D E R**

IT IS SO ORDERED.

Dated: __**October 11, 2018**__     __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE